DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTHONY A. PRINCE, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2003

[February 25, 2021]

Appeal of order denying rule 3.800/3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles A. Schwab, Judge; L.T. Case No. 562002CF003587A.

Thomas G. Neusom, Fort Lauderdale, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***